# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROSETTA ADAMSON, | : No. 680 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| DEPARTMENT OF TRANSPORTATION, | : |
| ET AL., | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 10th day of December, 2014, the Petition for Allowance of Appeal and the Application for Leave to File Post-Submission Communication are **DENIED**.